IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HARRISON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:19-cv-02944-JMG |
| | : | |
| THEODORE HARRISON, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of July, 2021, upon consideration of the Accountant Defendants' Motion for Summary Judgment (ECF No. 96); Plaintiff's Motions for Partial Summary Judgment (ECF No. 99, 100); Defendant Harrison's Motion for Summary Judgment (ECF No. 102); and all responses thereto, **IT IS HEREBY ORDERED** that:

1. The Accountant Defendants' Motion is **GRANTED**;

2. Defendant Harrison's Motion is **GRANTED**;

3. Plaintiff's Motions are **DENIED**;

4. The Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge